UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JASON BURKHART                                                   PLAINTIFF

v.                                            CIVIL ACTION NO. 3:11CV-P171-S

ROBERT LOUDEN                                          DEFENDANT

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the action is **DISMISSED** as abandoned.

There being no just reason for delay in its entry, this is a final Order.

This Court **certifies** that an appeal would be frivolous and would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 24, 2011

**Charles R. Simpson III, Judge**
**United States District Court**

cc:     Plaintiff, *pro se*
       Counsel of record
4411.005